# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>GRAHAM, DONALD L. | **2. Court or Organization**<br><br>Southern District of Florida | **3. Date of Report**<br><br>08/11/2020 |
| **4. Title (Article III judges indicate active or senior status;** magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Senior | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |
| **7. Chambers or Office Address**<br><br>400 North Miami Avenue<br>Chambers13-4<br>Miami, FL 33128-1812 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Institute for Trial Advocacy | 03/08/19 - 03/17/19 | Accra, Ghana | Trainer | Transportation, lodging and food |
| 2. | George Mason University | 04/14/19 - 04/16/19 | Arlington, VA | Participant | Transportation, lodging and food |
| 3. | Atty Gen Alliance/Africa Alliance Partnership & Judiciary Training Institute | 09/04/19 - 09/16/19 | Nairobi, Kenya | Trainer | Transportation, lodging and food |
| 4. | George Mason University | 10/16/19 - 10/20/19 | Santa Fe, New Mexico | Participant | Transportation, lodging and food |
| 5. | George Mason University | 12/7/19 - 12/14/19 | Honolulu, Hawaii | Participant | Transportation, lodging and food |

| Name of Person Reporting | Date of Report |
|---|---|
| **GRAHAM, DONALD L.** | 08/11/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GRAHAM, DONALD L. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Four Kings, Inc. | | None | K | T | | | | | |
| 2. Merrill Lynch Direct Deposit | A | Interest | K | T | | | | | |
| 3. Merrill Lynch Preferred Deposit | A | Interest | N | T | Open | 03/13/19 | N | | |
| 4. Merrill Lynch Bank Deposit Program | D | Interest | O | T | Distributed (part) | 03/13/19 | N | A | |
| 5. Miami Federal Credit Union | A | Interest | L | T | | | | | |
| 6. Abbott Labs (Common) | A | Dividend | L | T | | | | | |
| 7. ABBVIE INC SHS | C | Dividend | L | T | | | | | |
| 8. First Eagle Global Class C | E | Dividend | N | T | | | | | |
| 9. Hewlett Packard Inc (HPQ)(Common) | A | Dividend | J | T | | | | | |
| 10. Hewlett Packard Enterprises (HPE) | A | Dividend | J | T | | | | | |
| 11. DXC Technology | A | Dividend | J | T | | | | | |
| 12. PRSP | A | Dividend | K | T | | | | | |
| 13. Micro Focus Int'l | A | Dividend | J | T | | | | | |
| 14. Microsoft Corporation (Common) | C | Dividend | K | T | | | | | |
| 15. AIG Focused Dividend Strategy FD C | D | Dividend | N | T | | | | | |
| 16. USAA Aggressive Growth Fund | E | Dividend | | | Sold | 11/26/19 | N | E | |
| 17. USAA IRA | A | Dividend | M | T | Open | 06/24/19 | M | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GRAHAM, DONALD L. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Polk Cty FL School District Municipal Bond | A | Interest | K | T | Buy | 06/16/19 | K | | |
| 19. Brookhaven GA Dev Auth Muni Bond | A | Interest | J | T | Buy | 08/20/19 | J | | |
| 20. Mich State Grant Muni Bond | A | Interest | J | T | Buy | 08/14/19 | J | | |
| 21. Lake Central School Corp IND Muni Bond | A | Interest | | | Buy | 06/12/19 | J | | |
| 22. Lake Central School Corp IND Muni Bond | A | Interest | | | Sold | 07/30/19 | J | A | |
| 23. Miami Dade FL Expwy Muni Bond | A | Interest | | | Buy | 05/02/19 | J | | |
| 24. Miami Dade FL Expwy Muni Bond | A | Interest | | | Sold | 07/19/19 | J | A | |
| 25. Wyandotte CNTY KANS Muni Bond | A | Interest | | | Buy | 04/16/19 | K | | |
| 26. Wyandotte CNTY KANS Muni Bond | A | Interest | | | Sold | 05/22/19 | K | A | |
| 27. Rhode Island St Comm Muni Bond | A | Interest | K | T | Buy | 05/02/19 | K | | |
| 28. Baltimore CNTY MD CTFS PARTN Muni Bond | A | Interest | | | Buy | 04/02/19 | K | | |
| 29. Baltimore CNTY MD CTFS PARTN Muni Bond | A | Interest | | | Sold | 05/02/19 | K | A | |
| 30. Surry CNTY N C LTD OBLIG Muni Bond | A | Interest | K | T | Buy | 05/02/19 | K | | |
| 31. Charlotte NC CTFS PARTN Muni Bond | A | Interest | K | T | Buy | 04/25/19 | K | | |
| 32. Richardson TEX COMB TAX REV Muni Bond | A | Interest | K | T | Buy | 04/25/19 | K | | |
| 33. Gaston CNTY N C LTD OBLIG Muni Bond | A | Interest | K | T | Buy | 04/24/19 | K | | |
| 34. Ferndale MICH LTD TAX CAP Muni Bond | A | Interest | K | T | Buy | 04/09/19 | K | | |

1 Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| GRAHAM, DONALD L. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Mississippi DEV BK SPL OBLIG Muni Bond | A | Interest | K | T | Buy | 04/09/19 | K | | |
| 36. Travis CNTY Texas CTFS Muni Bond | A | Interest | K | T | Buy | 04/08/19 | K | | |
| 37. Birdville TEXAS INDPT School Muni Bond | A | Interest | K | T | Buy | 04/01/19 | K | | |
| 38. Michigan State Hospital FIN AUTH Muni Bond | A | Interest | K | T | Buy | 03/28/19 | K | | |
| 39. First Republic Bank San Francisco, CA CD | A | Interest | | | Buy | 09/06/19 | M | | |
| 40. First Republic Bank San Francisco, CA CD | A | Interest | | | Redeemed | 10/04/19 | M | A | |
| 41. State Bank of India NYNY CD | B | Interest | | | Buy | 05/30/19 | M | | |
| 42. State Bank of India NYNY CD | B | Interest | | | Redeemed | 08/30/19 | M | B | |
| 43. Commercial Bank Dallas TX CD | A | Interest | | | Buy | 04/30/19 | M | | |
| 44. Commercial Bank Dallas TX CD | A | Interest | | | Redeemed | 07/30/19 | M | A | |
| 45. Stifel Bank & Trust St. Louis, MO CD | A | Interest | | | Buy | 03/27/19 | M | | |
| 46. Stifel Bank & Trust St. Louis, MO CD | A | Interest | | | Redeemed | 06/27/19 | M | A | |
| 47. Beal Bank USA Las Vegas, NV CD | B | Interest | | | Buy | 05/29/19 | M | | |
| 48. Beal Bank USA Las Vegas, NV CD | B | Interest | | | Redeemed | 09/25/19 | M | B | |
| 49. Santander Bank NA Wilmington, DE CD | B | Interest | | | Buy | 02/20/19 | M | | |
| 50. Santander Bank NA Wilmington, DE CD | B | Interest | | | Redeemed | 05/20/19 | M | B | |
| 51. Bank of India NYNY CD | A | Interest | | | Buy | 03/21/19 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GRAHAM, DONALD L. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  Bank of India NYNY CD | A | Interest | | | Redeemed | 04/24/19 | M | A | |
| 53.  Mizrani Tefahot Bank Los Angeles, CA CD | B | Interest | | | Buy | 02/19/19 | M | | |
| 54.  Mizrani Tefahot Bank Los Angeles, CA CD | B | Interest | | | Redeemed | 05/20/19 | M | B | |
| 55. | | | | | | | | | |
| 56. | | | | | | | | | |
| 57. | | | | | | | | | |
| 58. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GRAHAM, DONALD L. | 08/11/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ DONALD L. GRAHAM**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544